LAW OFFICES OF

# MORALES & GARY

RAMIRO MORALES †
TODD B. GARY †
CHRISTINE M. FIERRO
WILLIAM C. REEVES †

MARILYN A. ROGERS
ENRICO M. ALIS
ELIZABETH B. CELNIKER
SHEILA A. REID
GABRIELLE N. GENTILCORE
MURRAY T. BEATTS ‡

SPECIAL COUNSEL:
ERIC D. ESSER †
STACY M. ROCHELEAU •
LAURA JANE COLES

2300 CONTRA COSTA BOULEVARD, SUITE 310
PLEASANT HILL, CALIFORNIA 94523
TEL: (925) 288 - 1776
FAX: (925) 288 - 1856

e-mail: morgary@moralesgary.com

NEVADA OFFICE

P.O. BOX 13403
LAS VEGAS, NEVADA 89112
TEL: (702) 699 - 7822
FAX: (702) 699 - 9455

NEVADA OVERNIGHT DELIVERIES:

400 N. STEPHANIE ST., STE. 160
HENDERSON, NEVADA 89014

† LICENSED IN CALIFORNIA & NEVADA
‡ LICENSED IN CALIFORNIA & FLORIDA
• LICENSED IN NEVADA

June 16, 2005

*Via E-filling*

The Honorable Phyllis J. Hamilton
U.S. District Court Judge
U.S. District Court, Northern District
450 Golden Gate Avenue,
Courtroom 3, 17th Floor
San Francisco, Ca 94102

    Re:   ***Jernigan v. Nationwide Mutual Insurance***
            United States District Court Case: C-04-5327 PJH
            Our File No: VC9313

Dear Judge Hamilton:

    This firm represents Plaintiffs in the above-referenced matter. Please consider this a letter brief and motion to amend the Case Management and Pretrial Order, pursuant to provision E of the Pretrial Order and Civil L.R. 7-10(6).

    The stipulated deadline for mediation in this matter is currently July 20, 2005. Due to some initial delay in exchanging documents necessary for mediation, the parties jointly request an extension of their stipulated deadline to mediate this matter, until August 31, 2005, in order to allow time for review of documents.

    . The undersigned has discussed this matter with Jay Pardini, counsel for Defendant Nationwide Mutual, and all parties would appreciate being afforded additional time to effect the

The Honorable Phyllis J. Hamilton
U.S. District Court Judge
June 16, 2005
Page 2

document review. Therefore, on behalf of all parties, we respectfully request the stipulated mediation deadline of July 20, 2005 be continued to August 31, 2005.

     We have attached a [Proposed] Order Modifying Case Management and Pretrial Order for the Court's convenience if the Court should decide to grant the parties' request. Thank you for your consideration of this matter.

                                           Sincerely,

                                           MORALES & GARY

                                           Todd B. Gary

TBG:amm
Enclosure

cc:    Julian J. Pardini (Via Facsimile & US Mail)

S:\DOCS\VC9313\LTR050615.Stipulation.TBG.wpd

Todd B. Gary, Esq. SB #161015
Murray T. Beatts, Esq. SB #225565
**MORALES & GARY**
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856
Attorneys for Plaintiffs
JON JERNIGAN, individually and as
Trustee of the Jernigan Family Living Trust,
and CHUCK SCOBLE, individually and as
Trustee of the Scoble Family Living Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JERNIGAN, individually and as Trustee of the Jernigan Family Living Trust; CHUCK SCOBLE, individually and as Trustee of the Scoble Family Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. C-04-5327 PJH<br><br>[~~PROPOSED~~] **ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER** |

WHEREAS, all parties in this matter having moved by letter brief to modify the Case Management and Pretrial Order to afford additional time to complete mediation in this matter, and the parties having indicated their consent by signature hereto, and good cause appearing therefore;

IT IS SO ORDERED that the mediation deadline originally calendared for July 20, 2005 is continued to August 31, 2005.

Date: 6/17/05

_____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge

-1-

ORDER MODIFYING CASE MANAGEMENT
AND PRETRIAL ORDER                                                              CASE NO.: C-04-5327 PJH

1  AGREED TO:
2  Date: 6/16/05

3  _____
   Julian J. Pardini, Esq.
4  Attorneys for Defendant
   NATIONWIDE MUTUAL
   INSURANCE COMPANY

5
6
7  Date: 6/16/05

8  _____
   Todd B. Gary, Esq.
9  Attorneys for Plaintiffs
   JON JERNIGAN, individually and as
10 Trustee of the Jernigan Family Living Trust,
   and CHUCK SCOBLE, individually and as
   Trustee of the Scoble Family Living Trust

11
12 S:\Docs\VC9313\ORD.Modlation.wpd
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

ORDER MODIFYING CASE MANAGEMENT