Todd B. Gary, Esq. SB #161015
Murray T. Beatts, Esq. SB #225565
**MORALES & GARY**
2300 Contra Costa Blvd., Suite 310
Pleasant Hill, CA 94523
Telephone: (925) 288-1776
Facsimile: (925) 288-1856
Attorneys for Plaintiffs
JON JERNIGAN, individually and as
Trustee of the Jernigan Family Living Trust,
and CHUCK SCOBLE, individually and as
Trustee of the Scoble Family Living Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JERNIGAN, individually and as Trustee of the Jernigan Family Living Trust; CHUCK SCOBLE, individually and as Trustee of the Scoble Family Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 04-CV-05327 PJH<br><br>[~~PROPOSED~~] **ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER** |

WHEREAS, all parties in this matter having moved by letter brief to modify the Case Management and Pretrial Order to afford additional time to complete mediation in this matter, and the parties having indicated their consent by signature hereto, and good cause appearing therefore;

IT IS SO ORDERED that the mediation deadline currently calendared for August 31, 2005 is continued to October 31, 2005.

9/20/05
Date:_____

_____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge

-1-

AGREED TO:

Date: 8/26/05

_____
Julian J. Pardini, Esq.
Attorneys for Defendant
NATIONWIDE MUTUAL
INSURANCE COMPANY


Date: 8/26/05

_____
Todd B. Gary, Esq.
Attorneys for Plaintiffs
JON JERNIGAN, individually and as
Trustee of the Jernigan Family Living Trust,
and CHUCK SCOBLE, individually and as
Trustee of the Scoble Family Living Trust

S:\Docs\VC9313\ORD.Mediation2.wpd

-1-

ORDER MODIFYING CASE MANAGEMENT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, U.S. DISTRICT COURT (San Francisco)

I am employed in the County of Contra Costa, State of California.  I am over the age of eighteen years and not a party to the within cause; my business address is Morales & Gary, 2300 Contra Costa Boulevard, Suite 310; Pleasant Hill, CA 94523.

On August 26, 2005, I served the foregoing document described as follows:

**[Proposed] Order Modifying Case Management and Pretrial Order**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Stephen P. Liberatore
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

____   BY PERSONAL SERVICE:   I delivered such envelope by hand on the offices of the addressee(s).  Executed on:

____   BY FACSIMILE: To the facsimile numbers of each party listed above:

XXX   BY MAIL:   As follows: I am "readily familiar" with the firm*s practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Pleasant Hill, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid is postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 26, 2005, at Pleasant Hill, California.

____   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_XX_   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/s/_____
Lomitusi T. Fa'avae